| | | | |
|---|---|---|---|
| Com. v. Franklin [10] | 08/23/2016 | 192 MAL (2016) | Denied | Pa.Super., 135 A.3d 662 |
| Com. v. Garfield [11] .. | 08/23/2016 | 315 MAL (2015) | Denied | Pa.Super., 120 A.3d 1061 |
| Com. v. Gelsinger .. | 08/22/2016 | 290 MAL (2016) | Denied | Pa.Super., 144 A.3d 210 |
| Com. v. Giunta [12] ... | 08/10/2016 | 157 MAL (2016) | Denied | Pa.Super., 134 A.3d 502 |
| Com. v. Harvey..... | 08/18/2016 | 138 WAL (2016) | Denied | Pa.Super., 144 A.3d 195 |
| Com. v. Haynes .... | 08/18/2016 | 147 WAL (2016) | Denied | Pa.Super., 144 A.3d 193 |
| Com. v. Hendel..... | 09/06/2016 | 212 EAL (2016) | Denied | |
| Com. v. Jaynes ..... | 08/25/2016 | 129 EAL (2016) | Denied | Pa.Super., 135 A.3d 606 |
| Com. v. Jessee [13].... | 08/23/2016 | 752 MAL (2015) | Denied | Pa.Super., 131 A.3d 108 |
| Com. v. Johnson.... | 08/23/2016 | 158 EAL (2016) | Denied | Pa.Super., 144 A.3d 199 |
| Com. v. Jones ...... | 08/23/2016 | 92 EAL (2016) | Denied | Pa.Super., 144 A.3d 187 |
| Com. v. Kennedy ... | 08/17/2016 | 165 EAL (2016) | Denied | Pa.Super., 144 A.3d 205 |

**10.** Justice WECHT did not participate in the consideration or decision of this matter.

**11.** Justice WECHT did not participate in the consideration or decision of this matter.

**12.** Justice WECHT did not participate in the consideration or decision of this matter.

**13.** Justice WECHT did not participate in the consideration or decision of this matter.